# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-19971-MDC

MATTHEW B. WIGGINS

106 N. WAYNE STREET

WEST CHESTER, PA 19380

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MATTHEW B. WIGGINS

    106 N. WAYNE STREET

    WEST CHESTER, PA 19380

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087

Date: 9/16/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee