# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 13-19971-MDC

MATTHEW B. WIGGINS

106 N. WAYNE STREET

WEST CHESTER, PA 19380

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MATTHEW B. WIGGINS

  106 N. WAYNE STREET

  WEST CHESTER, PA 19380

Counsel for debtor(s), by electronic notice only.

  GARY E THOMPSON
  150 E SWEDESFORD RD
  1ST FLOOR
  WAYNE, PA 19087

Date: 3/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee