```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 13-19971-mdc
Matthew B. Wiggins                                                  Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0313-2          User: YvetteWD            Page 1 of 2           Date Rcvd: May 02, 2017
                              Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +Matthew B. Wiggins,    106 N. Wayne Street,    West Chester, PA 19380-2803
13225776       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13190492      ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America Credit,    POB 15019,   Wilmington, DE   19886)
13190493       +Barclays Bank Of DE,    700 Prides Crossing,    Newark, DE 19713-6102
13190494       +Cabelas WFB,    4800 NW 1st Street, Ste 300,    Lincvoln, NE 68521-4463
13190495       +Chase Cardmember,    POB 15153,   Wilminton, DE 19886-5153
13190496        Citadel Fcu,    2 Inn Road,    Thorndale, PA   19372
13190497       +Citibank.,    POB 6500,    Sioux Falls, SD 57117-6500
13190498       +Citizens Bank Credit Card,    1 Citizens Plaza,    Providence, RI 02903-1339
13205814       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13190502       +HSBC Bank,    POB 5456,    Mt Laurel, NJ 08054-5456
13190505       +PNC Bank,    POB 747032,    Pittsburg, PA 15274-7032
13190506       +Target,    POB 660170,    Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 03 2017 01:31:24      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2017 01:30:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 03 2017 01:31:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 01:23:08      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13231983       +E-mail/Text: bankruptcy@cavps.com May 03 2017 01:31:10      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13190499       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 03 2017 01:31:31       Comcast,
                 POB 3006,    Southeastern, PA 19398-3006
13190500       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2017 01:30:08      GE Capital,
                 C/O Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502-4952
13190501       +E-mail/Text: bankruptcydpt@mcmcg May 03 2017 01:31:03      GE Money Bank,
                 C/O Midland Funding,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13224250        E-mail/Text: JCAP_BNC_Notices@jcap.com May 03 2017 01:31:09      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13190503       +E-mail/Text: ebnsterling@weltman.com May 03 2017 01:30:46      Kay Jewelers,    POB 740425,
                 Cincinnati, OH 45274-0425
13190504        E-mail/Text: camanagement@mtb.com May 03 2017 01:30:45      M&T Bank,    POB 1288,
                 Buffalo, NY  14240
13315543        E-mail/Text: camanagement@mtb.com May 03 2017 01:30:45      M&T Mortgage Corporation,
                 One Fountain Plaza,    7th Floor - Payment Processing,    Buffalo, NY 14203-1495
13255082        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2017 01:30:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13466854        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 01:23:08      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13221752       +E-mail/Text: bankruptcy@td.com May 03 2017 01:31:05      TD Bank N.A.,    ATTN: Philip McCormack,
                 P.O. Box 9547,    Portland, ME 04112-9547
13190507       +E-mail/Text: bankruptcy@td.com May 03 2017 01:31:05      TD Bank NA,    POB 746,
                 Keene, NH 03431-0746
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: May 02, 2017
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              GARY E. THOMPSON    on behalf of Debtor Matthew B. Wiggins get24esq@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW B. WIGGINS                              Chapter 13

            Debtor                    Bankruptcy No. 13-19971-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___27th___ day of ___April___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087


Debtor:
MATTHEW B. WIGGINS

106 N. WAYNE STREET

WEST CHESTER, PA 19380